CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rhe
OCT 25 2010
JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAVID W. WILLIAMS, <br>     Plaintiff, | Civil Action No. 7:10-cv-00404 |
| v. | **ORDER** |
| R. C. MATHENA, et al., <br>     Defendants. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that all of plaintiff's claims except for his Eighth Amendment excessive force claim against defendants Miller and Ratcliff are **DISMISSED without prejudice** and all defendants except for Miller and Ratcliff are **TERMINATED as defendants**. Therefore, plaintiff's Eighth Amendment excessive force claims against defendants Miller and Ratcliff remain.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 25th day of October, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge