IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID W. WILLIAMS )  <br> Plaintiff, ) | Civil Action No. 7:10-cv-00404 |
| ) | |
| v. ) | ORDER |
| ) | |
| SGT. RATLIFF, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that this case is **DISMISSED without prejudice**; all pending motions are **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at a time of his choice.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of April, 2011.

Senior United States District Judge